# IN THE SUPREME COURT OF THE STATE OF NEVADA

STATE OF NEVADA EMPLOYMENT
SECURITY DIVISION; LYNDA
PARVEN, IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
AND J. THOMAS SUSICH, IN HIS
CAPACITY AS CHAIRPERSON OF THE
EMPLOYMENT SECURITY DIVISION
BOARD OF REVIEW,
                                Appellants,
                vs.
ANTHONY CORTE, AN INDIVIDUAL,
                                Respondent.

No. 82214

FILED

OCT 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a petition for judicial review. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Counsel for respondent informed this court that respondent has died; accordingly, this court directed appellants to inform the court whether they intend to pursue this appeal. Appellants have responded and state that they do not intend to pursue the appeal. This court therefore

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-28294

cc:    Hon. Gloria Sturman, District Judge
Persi J. Mishel, Settlement Judge
State of Nevada/DETR
Jeffrey Gronich, Attorney At Law, P.C.
Eighth District Court Clerk